**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| Monique McBride,<br><br>individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>    -v.-<br><br>Portfolio Recovery Associates, LLC,<br><br>          Defendants. | C.A. No.: 1:22-cv-01607-GBW<br><br><br>**NOTICE OF SETTLEMENT**<br>**AS TO ALL DEFENDANTS** |

Plaintiff respectfully submits this Notice of Settlement to inform the Court as follows:

1. Plaintiff and Defendant have reached agreements in principle and are in the process of finalizing confidential settlement agreements.

2. Plaintiff will file a dismissal once the terms of the settlement agreements have been completed.

3. Accordingly, the parties request excusals from any upcoming filing or appearances requirements.

4. This notice of settlement has effect on all Defendants in this action.

Dated: January 19, 2023

                     **Garibian Law Offices, P.C.**

                     By: /s/ *Antranig Garibian*
                     Antranig Garibian, Esquire (Bar No. 4962)
                     1010 N. Bancroft Parkway, Suite 22
                     Wilmington, DE 19805
                     (302) 722-6885
                     ag@garibianlaw.com
                     *Counsel for Plaintiff*